UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INDICTMENT FOR INTERSTATE TRANSMISSION OF EXTORTIONATE
COMMUNICATION, COERCION AND ENTICEMENT OF A MINOR,
PRODUCTION OF CHILD PORNOGRAPHY, POSSESSION
OF CHILD PORNOGRAPHY, AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25-174-SDD-EWD |
| | : | |
| *versus* | : | 18 U.S.C. § 875(b) |
| | : | 18 U.S.C. § 2 |
| DAKOTA HUDSON | : | 18 U.S.C. § 2422(b) |
| a.k.a. "Köwboy" | : | 18 U.S.C. § 2428 |
| | : | 18 U.S.C. § 2251(a), (e) |
| | : | 18 U.S.C. § 2252A(a)(5)(B) |
| | : | 18 U.S.C. § 2253 |
| | : | 21 U.S.C. § 853(p) |
| | : | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Interstate Transmission of Extortionate Communication**
**(18 U.S.C. § 875(b))**

On or about January 15, 2024, in the Middle District of Louisiana and elsewhere, **DAKOTA HUDSON**, a.k.a. "Köwboy," defendant herein, did knowingly and willfully, with intent to extort from another person, to wit: Minor Victim 1, anything of value, transmit in interstate and foreign commerce, a communication containing a threat to injure Minor Victim 1, and did aid and abet the commission of said offense.

The above is a violation of Title 18, United States Code, Sections 875(b) and 2.

**COUNT TWO**
**Coercion and Enticement of a Minor**
**(18 U.S.C. § 2422(b))**

From on or about July 1, 2024 and continuing to an exact date unknown to the Grand Jury, but at least until on or about May 12, 2025, in the Middle District of Louisiana and elsewhere, **DAKOTA HUDSON**, a.k.a. "Köwboy," defendant herein, using a facility and means of interstate and foreign commerce, that is, a cellular telephone and internet cellular telephone

communication applications, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to wit: Minor Victim 2, to engage in sexual activity for which any person can be charged with a criminal offense, namely, computer-aided solicitation of a minor, in violation of Louisiana Revised Statute 14:81.3.

The above is a violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE
### Production of Child Pornography
### (18 U.S.C. §§ 2251(a) and 2251(e))

On or about August 20, 2024, in the Middle District of Louisiana and elsewhere, **DAKOTA HUDSON**, a.k.a. "Köwboy," defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce an individual he believed was a minor, to wit: Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, including a cellular telephone and internet cellular telephone communication applications.

The above is a violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT FOUR
### Production of Child Pornography
### (18 U.S.C. §§ 2251(a) and 2251(e))

On or about September 8, 2024, in the Middle District of Louisiana and elsewhere, **DAKOTA HUDSON**, a.k.a. "Köwboy," defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce an individual he believed was a minor, to wit: Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, including a

cellular telephone and internet cellular telephone communication applications.

The above is a violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT FIVE
### Possession of Child Pornography
### (18 U.S.C. § 2252A(a)(5)(B))

On or about June 20, 2025, in the Middle District of Louisiana and elsewhere, **DAKOTA HUDSON**, a.k.a. "Köwboy," defendant herein, did knowingly possess material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which had been shipped and transported by any means and facility of interstate and foreign commerce, including computer.

The above is a violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## NOTICE OF FORFEITURE

The allegations contained in Counts One through Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America.

Upon a conviction of Count Two of this Indictment, **DAKOTA HUDSON**, a.k.a. "Köwboy," defendant herein, pursuant to Title 18, United States Code, Section 2428, upon conviction of Count One of this Indictment, shall forfeit to the United States any property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense, any property traceable to such property; and any property, real or personal, constituting or derived from any proceeds obtained directly as a result of such offense.

Upon a conviction of Counts Three, Four, or Five of this Indictment, **DAKOTA HUDSON**, a.k.a. "Köwboy," defendant herein, pursuant to Title 18, United States Code, Section 2253, shall forfeit:

a. Any visual depiction described in Title 18, United States Code, Sections 2251, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense and any property traceable to such property.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

UNITED STATES OF AMERICA, BY

_____
KURT WALL
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_____
BENJAMIN M. ANDERSON
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**
GRAND JURY FOREPERSON

12/11/25
DATE

5

## Criminal Cover Sheet  U.S. District Court

**Place of Offense:**

City: St. Amant

County/Parish: Ascension

*Investigating Agency: FBI

*Agent: Sarah Stidley / DJ Porter

**Matter to be sealed:** ☑ Yes  ☐ No

**Related Case Information:**

Superseding ☐  Docket Number ____
Same Defendant ☐  New Defendant ☐

Magistrate Case Number: ____
Search Warrant Case No.: 25-MJ-138 | 25-MJ-50 | 25-MJ-51
R 20/ R 40 from District of: ____
Any Other Related Cases: ____

**Defendant Information:**

Defendant Name: DAKOTA HUDSON
Alias: ____
Address: ____
DOB: ____  SS / Alien #: ____  Sex: ____  Race: ____  Nationality: ____

**U.S. Attorney Information:**

AUSA: Benjamin M. Anderson    Bar #: LBN 32319

Interpreter: ☐ Yes  ☑ No    List language and/or dialect: ____

**Location Status:**

Arrest Date: ____

☐ Already in Federal Custody as of ____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 5

**Mandatory Minimum Charged?** ☑ Yes ☐ No

| Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18: 875(b) and 2 | Interstate Transmission of Extortionate Communication | 1 | F |
| 18: 2422(b) | Coercion and Enticement of a Minor | 2 | F |
| 18: 2251(a) and 2251(e) | Production of Child Pornography | 3,4 | F |
| 18: 2252A(a)(5)(B) | Possession of Child Pornography | 5 | F |

(May be continued on second sheet)

Date: 12/11/2025    Signature of AUSA: [signed]