AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| United States of America | ) |
|---|---|
| v. | ) Case No. 25-174-SDD-EWD |
| DAKOTA HUDSON a.k.a. "Köwboy" | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DAKOTA HUDSON a.k.a. "Köwboy",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count One: Interstate Transmission of Extortionate Communication, in violation of 18 U.S.C. § 875(b) and 2
Count Two: Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b)
Count Three and Four: Production of Child Pornography, in violation of 18 U.S.C. §§ 2251(a) and 2251(e)
Count Five: Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B)

Date: 12/11/2025

*Issuing officer's signature*

City and state: Baton Rouge, Louisiana

Erin Wilder-Doomes, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/11/25, and the person was arrested on *(date)* 12/11/25
at *(city and state)* Baton Rouge, LA.

Date: 12/12/25

*Arresting officer's signature*

Jeremy Yantis, DUSM
*Printed name and title*