# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE NO.** |
| -vs- | 25-174-SDD-EWD |
| **DAKOTA HUDSON**<br>a/k/a "Köwboy" | |

## ORDER OF DETENTION

### FINDINGS

A detention hearing was held on January 8, 2026. Defendant Dakota Hudson ("Hudson") stipulated to detention reserving his right to reopen the issue of detention. The government did not object. Based on Hudson's stipulation, he is ordered detained pending trial, subject to his right to reopen the detention hearing upon petitioning the court to do so.

### DIRECTIONS REGARDING DETENTION

**Dakota Hudson** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. **Dakota Hudson** shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver **Dakota Hudson** to the United States Marshals Service for the purpose of an appearance in connection with a Court proceeding.

Signed in Baton Rouge, Louisiana, on January 8, 2026.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**